UNITED STATES DISTRICT COURT
Western District of Kentucky

# EXHIBIT INVENTORY

Case Number: 3:21-cr-127-CHB    Style of Case: USA v. Zaman Taylor
Received from: Ashley Henry    Received by: SMJ    Date: 10/27/2021

Proceedings: Detention Hearing 10/26 at 10:30

| NUMBER | DESCRIPTION | NUMBER | DESCRIPTION |
|---|---|---|---|
| 1 | Photo | | |
| 2 | Photo | | |
| 3 | Photo | | |
| 4 | Line Sheet | | |

NOTES:

**DISPOSITION OF EXHIBITS:**

ITEMS:
RECEIVED BY:                              DATE:
RETURNED BY:                              DATE:
ITEMS:
RECEIVED BY:                              DATE:
RETURNED BY:                              DATE:
ITEMS:
RECEIVED BY:                              DATE:
RETURNED BY:                              DATE:
OTHER DISPOSITION:
**DATE:**            **RETURNED BY:**                        , Deputy Clerk

**FILED**
JAMES J. VILT JR,
CLERK
10/27/2021
U.S. DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY